for reargument denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of THOMAS STANLEY NEDHAM (SENIOR), Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

VANDERBILT AVENUE REALTY CORPORATION v. HARRIET ST. CLAIR RIDER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE CITY OF NEW YORK v. WESTCHESTER LIGHTING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE CITY OF NEW YORK v. NORTHERN UNION GAS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE CITY OF NEW YORK v. CENTRAL UNION GAS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ARCH R. SAMPSON v. NELSON Z. GRAVES.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS F. KELLY.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LORA FARINA v. FREDERICK A. WALLIS, as Commissioner, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ALBERT J. APPELL, as Executor, etc., v. WILHELMINA M. HALBE, as Executrix, etc., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB GOLDBERG v. ANNIE NISNEVITZ and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH DEWYCKOFF v. VANADIUM CORPORATION OF AMERICA.— Motion granted so far as to extend time to answer until determination of appeal. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GEORGE B. HARDIE and Another v. FRANK BEGRISCH, JR., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE B. HARDIE and Another, Impleaded, etc., v. FRANK BEGRISCH, JR., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

VINCENT VACCARELLI, an Infant, etc., v. THE NEW YORK EDISON COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of BENJAMIN SIEGEL, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of EDWARD J. WHITE, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.